UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| RICKY LEE RUST, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CAUSE NO. 2:14-CV-62 PS |
| vs. | ) |
| | ) |
| NOLAN PYKE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

OPINION AND ORDER

Ricky Lee Rust, a *pro se* prisoner, filed a complaint under 42 U.S.C. § 1983. (DE 1.) Rust is suing several officials located in Tipton County, Indiana, over events that occurred in that county pertaining to a piece of property Rust owns. Tipton County is located within the geographical boundaries of the U.S. District Court for the Southern District of Indiana. Thus, venue is not proper in this district. *See* 28 U.S.C. § 1391(b). When a case is filed in the wrong district, the court may transfer the case "to any district or division in which it could have been brought." 28 U.S.C. § 1406(a).

For these reasons, this case is **TRANSFERRED** to the United States District Court for the Southern District of Indiana.

**SO ORDERED**.

ENTERED: March 6, 2014.   _____
                          s/ Philip P. Simon
                          PHILIP P. SIMON, JUDGE
                          UNITED STATES DISTRICT COURT